AO 442  (Rev. 10/03) Warrant for Arrest    UNSEALED 9/17/13 KCM

# UNITED STATES DISTRICT COURT

Southern District of California

**FILED**
SEP 12 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Leonard Glenn Francis (1) and
John Bertrand Beliveau II (2)

## WARRANT FOR ARREST

Case Number: 13MJ3456

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    John Bertrand Beliveau II
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Conspiracy to commit bribery

in violation of Title  18  United States Code, Section(s)  371

The Honorable David H. Bartick
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

9/12/2013    San Diego, California
Date and Location

DATE: ARRESTED BY: EVITA STAFFORD NCIS
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: [signature] march

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |