♦AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern District of California

**FILED**
SEP 1 9 2013
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

Leonard Glenn Francis (1) and
John Bertrand Beliveau II (2)

Case Number: **13MJ3456**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        John Bertrand Beliveau II
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

Conspiracy to commit bribery

in violation of Title  18  United States Code, Section(s)  371

The Honorable David H. Bartick
Name of Issuing Officer

Signature of Issuing Officer  (SEAL)

United States Magistrate Judge
Title of Issuing Officer

9/12/2013    San Diego, California
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Bldg 94 Joint Base Anacostia DC |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Sep 13, 2013 | Eric Maddox, Special Agent | Erin Maddox |
| DATE OF ARREST Sep 16, 2013 | | |

(12) kcm

AO 442   (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: John Bertrand Beliveau JR

ALIAS: N/A

LAST KNOWN RESIDENCE: 2228 R MARGRAFF CIR Woodbridge VA

LAST KNOWN EMPLOYMENT: NCIS

PLACE OF BIRTH: Lewiston, ME

DATE OF BIRTH: 1/23/69

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'6"   WEIGHT: 185

SEX: M   RACE: Caucasian

HAIR: BRN   EYES: HAZ

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: NONE

FBI NUMBER: NONE

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: NCIS 2822 Doherty Drive SW BLDG 94, STE 411 Washington DC 20388