UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN BERTRAND BELIVEAU JR. (2),<br><br>　　　　　Defendant. | No. 13-CR-3781-JLS<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

　　JOINT MOTION HAVING BEEN ENTERED by the parties, IT IS HEREBY ORDERED that defendant JOHN BERTRAND BELIVEAU JR.'s sentencing hearing date be continued from Friday, June 26, 2015 to Friday, December 18, 2015 at 9:00 a.m.

　　**IT IS SO ORDERED.**

Dated: April 7, 2015

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge